UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-mj-03006-AOR

UNITED STATES OF AMERICA

vs.

DANIEL FONG-GUTIERREZ,

       Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  _x_  No

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          UNITED STATES ATTORNEY

BY:  _____
          MICHAEL BRENNER
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 1011238
          99 NE 4th Street
          Miami, Florida 33132-2111
          Tel (305) 961-9052
          Fax (305) 530-7976
          Michael.Brenner@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-mj-03006-AOR |
| DANIEL FONG-GUTIERREZ, | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 13, 2022 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1708 | Mail Theft |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Luis Gomez, U.S. Postal Inspector
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: 6/13/22

_____
Judge's signature

City and state: Miami, Florida    Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Luis F. Gomez, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since July 2013. I am currently assigned to the Miami Division's Mail Theft/Violent Crimes Team. In this capacity, my responsibilities include the investigation of various crimes involving the United States Postal Service including mail theft. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am authorized to apply for and execute both search warrants and arrest warrants for offenses enumerated in Title 18 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint charging that on or about June 13, 2022, Daniel FONG-GUTIERREZ knowingly stole mail from a United States mailbox, in violation of Title 18, United States Code, Section 1708.

3. The facts contained in this affidavit are based on my personal knowledge and experience, along with information provided to me by other law enforcement personnel and individuals. Because this affidavit is being submitted for the limited purpose of establishing sufficient probable cause for the requested criminal complaint, it does not constitute all the facts known to law enforcement at this time.

## PROBABLE CAUSE

4. On or about June 13, 2022, at approximately 8:31 AM, in Miami-Dade County, Miami-Dade Police Officers were dispatched to 14242 SW 54th Street, Miami, Florida to investigate a recent vehicle theft. Officers arrived and spoke to the victim, L.Z., who advised that she left her 2022 Chevrolet Equinox bearing Florida tag number 71BWQZ outside of a residence

for about ten minutes. When she returned, her vehicle was gone and she realized it was stolen. Officers called ONSTAR, which was able to track the stolen vehicle's real-time location. ONSTAR communicated that the vehicle was parked at 4212 SW 136th Place. Officers responded to the residence and located the vehicle, with FONG-GUTIERREZ leaning into the front passenger side. FONG-GUTIERREZ was placed under arrest by officers and handcuffed. After being handcuffed and searched, officers found approximately eleven pieces of mail on his person.

5. Officers transported FONG-GUTIERREZ to the Miami-Dade Police Department Hammocks District Station for questioning. During a Post-*Miranda* interview, FONG-GUTIERREZ admitted that he took the mail from a community mailbox.

6. Your Affiant was able to contact L.L., a mail-theft victim. She confirmed that she does not know FONG-GUTIERREZ and he is not authorized to be in possession of her mail.

## CONCLUSION

7. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that on or about June 13, 2022, FONG-GUTIERREZ committed violations of Title 18, United States Code, Section 1708.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Luis F. Gomez, Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Face Time this __13th__ day of June 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

2